# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.G.V., <br><br> Plaintiff, <br><br> vs. <br><br> U.S. Department of Homeland Security ("DHS"); U.S. Citizenship and Immigration Services ("USCIS"); CHAD WOLF, Acting Secretary, DHS; KENNETH CUCCINELLI, Acting Director, USCIS; DONNA CAMPAGNOLO, Los Angeles, CA District Director, USCIS; ROBERT COWAN, Director, National Benefits Center, USCIS. <br><br> Defendants. | Case No. 2:20-CV-07399 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED USING A PSEUDONYM |

Before the court is Plaintiff's Motion for Leave to Proceed Using a Pseudonym. The Court, having considered the Plaintiff's Motion and all papers and arguments in connection therewith, hereby finds and orders as follows:

Plaintiff's Motion for Leave to Proceed Using a Pseudonym is **GRANTED**.

It is further hereby ordered:

1. Plaintiff shall be permitted to proceed using the pseudonym C.G.V. and is hereby authorized when making submissions to this Court to redact from the public record all personally identifying information;

2. Defendants shall not publicly disclose Plaintiff's name or any information from which his name could be deduced, and Defendants shall redact from the public record all personally identifying information regarding Plaintiff when making submissions to this Court;

3. After Defendants has answered, moved, or otherwise responded to Plaintiff's Complaint and any related briefing has been completed, this Court shall set a schedule for further briefing to determine whether Plaintiff should be permitted to continue to proceed anonymously in this action.

**IT IS SO ORDERED.**

Dated: August 20, 2020

_John E. McDermott_
~~United States District Judge~~
United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE
TO PROCEED USING A PSEUDONYM